AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

Two wooden boxes and their contents, claimed, in part, as $85,000 in U.S. currency by "Pablo Olaso" on October 3, 2006, located inside a vault within the Examining and Redemption Section of the Bureau of Engraving and Printing located at:
14th & C Streets, S.W.
Washington, D.C.  20228

**SEIZURE WARRANT**

CASE NUMBER:

07-029-ʁ  1

TO: Director, U.S. Department of Homeland Security, and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Robert E. Moreno who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely
(describe the property to be seized)

> Two wooden boxes and their contents, claimed, in part, as $85,000 in U.S. currency by "Pablo Olaso" on October 3, 2006, located inside a vault within the Examining and Redemption Section of the Bureau of Engraving and Printing

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

FEB 06 2007 12:15pm
Date and Time Issued

at Washington, D. C.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/6/2007 | 2/7/2007 1135 a.m. | Kimberly R. Taylor |

INVENTORY MADE IN THE PRESENCE OF   SA Moreno, Kimberly R. Taylor, Inv. Hattauer

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Two wooden boxes, and all of their contents, which included apparent U.S. currency, previously claimed by Pablo Olabu as $85,000.00, and later evaluated as $88,417.00 in currency, some of it damaged, plus any pieces or scraps papers or other items found in the boxes with the currency.

Currency and boxes returned to BEP Control for processing and the issuance of a treasury check in the amount of $88,417.00. The currency will then be stamped "No Value" and held for a period of one year in BEP vault as evidence. At the request of this agency.

FILED
FEB 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   2-12-07
U.S. Judge or U.S. Magistrate Judge    Date